# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LAWRENCE RUSTON and JANET RUSTON**

    vs.                          **CASE NUMBER: 5:06-CV-927 (FJS/GHL)**

**THE TOWN BOARD FOR THE TOWN OF SKANEATELES; PAUL "BILL" PAVLUS; THADDEUS ASTEMBORSKI; BARBARA SPAIN; DAVID G. LAXTON; THEODORE MURDICK; THE PLANNING BOARD FOR THE TOWN OF SKANEATELES; MARK TUCKER; JOSEPH SOUTHERN; KENNETH JONES; ALAN BRIGGS; LEWIS WELLINGTON; DESSA BERGEN; ROBERT LOTKOWICTZ; and THE VILLAGE OF SKANEATELES**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Village Defendants' motion to dismiss is **GRANTED**; and the Court further Orders, that the Town Defendants' motion to dismiss is **GRANTED**; and the Court further Orders that Plaintiffs' federal claims are **DISMISSED WITH PREJUDICE**; and the Court further Orders that Plaintiff's state-law claim is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1367(c)(3). Judgment is hereby entered in favor of the defendants'.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 30th day of September, 2009.

DATED: September 30, 2009

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk